

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2021

No. 04-20-00147-CV

Clyde E. **KEBODEAUX**,
Appellant

v.

Patricia **KEBODEAUX**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00629
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Brief is hereby GRANTED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court